IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LOIS PALMER, HOWARD PALMER**
**and LELAND PALMER** **PLAINTIFFS**

**V.** **CIVIL ACTION NO. 5:08-CV-219-DCB-JMR**

**MARSHALL HAWKINS** **DEFENDANT**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON this day the joint Motion of the Plaintiffs and the Defendant, through respective counsel, who move this Court to dismiss all claims against Defendant, Marshall Hawkins, as to all claims against him asserted in this lawsuit, with prejudice, and pursuant to Rule 41 of the Fed. Rules of Civil Procedure. The Court, having considered the Order, noting the agreement of the parties and being otherwise fully advised in the premises, does find that said Order is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action against the Defendant, Marshall Hawkins, should be and hereby is dismissed with prejudice.

IT IS, FURTHER ORDERED AND ADJUDGED that the interpled Traditional Term Life insurance death benefits in the amount of one million dollars ($1,000,000.00) plus interest shall be released from the registry of the Court and deposited into the Trust Account of Forman Perry Watkins Krutz & Tardy LLP, bearing number 0221996. The Traditional Term Life insurance benefits will then be distributed among the parties pursuant to agreement. The remaining claim regarding the interpled Accidental Death and Dismemberment insurance benefits in the amount of five hundred thousand dollars ($500,000.00) plus interest as to both plaintiffs and defendant shall remain within the jurisdiction of this Court and said amount shall remain in the registry of the Court until this claim is determined, settled, or finally disposed of.

SO ORDERED AND ADJUDGED, this the 14th of August, 2009.

s/David Bramlette
**UNITED STATES DISTRICT COURT JUDGE**

AGREED TO AND APPROVED BY:

/s/Carlton W. Reeves
Carlton W. Reeves, Esquire
PIGOTT REEVES JOHNSON, P.A.
Post Office Box 22725
Jackson, Mississippi 39225-2725

Timothy O. Dudley, Esquire
114 South Pulaski
Little Rock, Arkansas 72201

Doug Chavis, Esquire
100 Easy Street
Little Rock, Arkansas 72223

ATTORNEYS FOR PLAINTIFFS,
LOIS PALMER, LELAND PALMER AND
HOWARD PALMER


/s/John C. McCants, III
John C. McCants, III, MS Bar No. 100031
Mark D. Ray, MS Bar No. 4652
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201-4099
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600

John T. Kitchens, MS Bar No. 4188
PAGE, MANNINO, PERESICH
& McDERMOTT, P.L.L.C.
460 Briarwood Drive, Suite 415
Jackson, Mississippi 39236
Telephone: (601) 896-0114

ATTORNEYS FOR DEFENDANT,
MARSHALL HAWKINS



PRESENTED BY:

John C. McCants, III
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600