IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LOIS PALMER, HOWARD PALMER and
LELAND PALMER                                              PLAINTIFFS

VS.                    CIVIL ACTION NO. 5:08-CV-219 (DCB) (JMR)

MARSHALL HAWKINS                                            DEFENDANT

ORDER

This cause is before the Court on the United States of America, Department of Veterans Affairs' Motion to Be Excused From Further Proceedings **(docket entry 106)**. Having carefully considered the motion, and finding that the government no longer has any interest in this case, the Court orders that the government is relieved of any further participation, and is excused from the case. Accordingly,

IT IS HEREBY ORDERED that the United States of America, Department of Veterans Affairs' Motion to Be Excused From Further Proceedings **(docket entry 106)** is GRANTED.

SO ORDERED, this the 27th day of August, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE