**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**LOIS PALMER, HOWARD PALMER,**
**LELAND PALMER AND**                                **PLAINTIFFS/**
**MARSHALL HAWKINS**                                    **INTERPLEADER**
                                                             **DEFENDANTS**

**vs.**                                   **CIVIL ACTION NO. 5:08-CV-219-DCB-JMR**

**NEW YORK LIFE INSURANCE COMPANY**            **DEFENDANT/**
                                                           **INTERPLEADER**
                                                             **PLAINTIFF**

---

## AGREED ORDER FOR DISBURSEMENT OF INTERPLED FUNDS

---

This cause came before the Court upon the agreed motion of the parties for disbursement of all funds interpled and deposited into the Court's registry by New York Life in this action, together with all accrued interest thereon. In connection with its interpleader complaint, and pursuant to this Court's order dated February 18, 2009, New York Life deposited funds into the Court's registry, described by the parties as follows: A) $1,115,976.05, including interest, in Traditional Term Life Insurance benefits, and B) $528,957.60, including interest, in Accidental Death and Dismemberment Benefits. The Traditional Term Life Benefit amount has already been disbursed by agreement of the parties and pursuant to an August 14, 2009 order of this Court. The Court has been advised that all parties agree to the disbursement of the remaining funds as set forth in this Agreed Order. Having considered the premises, the Court finds that the funds in the Court's registry should be distributed in accordance with the parties' agreement.

IT IS, THEREFORE, ORDERED that all remaining funds in the Court's registry, comprising the Accidental Death and Dismemberment benefits plus interest, shall be released from the registry of the Court. The Clerk is directed to distribute the funds as follows:

A) Seventy-five thousand dollars ($75,000.00) shall be paid to the Trust Account of Forman Perry Watkins Krutz & Tardy LLP, bearing number 0221996.

B) The remainder shall be paid to New York Life Insurance Company.

Counsel for the parties are directed to provide the Clerk of the Court with any information needed by the Clerk in order to facilitate the payments.

SO ORDERED AND ADJUDGED, this the ___30th___ of ___August___ , 2010.


___s/ David Bramlette_____
**UNITED STATES DISTRICT COURT JUDGE**

AGREED TO AND APPROVED BY:


/s/John C. McCants, III_____
John C. McCants, III, MS Bar No. 100031
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
City Centre
200 South Lamar Street, Suite 100
Jackson, Mississippi 39201-4099
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600

ATTORNEY FOR PLAINTIFF,
MARSHALL HAWKINS


/s/William F. Ray_____
William F. Ray, Esquire
Brian C. Smith, Esquire
WATKINS & EAGER, PLLC
400 East Capitol Street
Jackson, Mississippi 39201

ATTORNEYS FOR DEFENDANT,
NEW YORK LIFE INSURANCE COMPANY

PRESENTED BY:

John C. McCants, III
FORMAN PERRY WATKINS KRUTZ & TARDY LLP
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone: (601) 960-8600